UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UNITE HERE DATA SECURITY INCIDENT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 24-cv-01565<br><br>(Consolidated Case No. 1:24-cv-01904)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On April 4, 2024, the Court granted the parties' joint motion to consolidate *Puller-Soto v. UNITE HERE* (24-cv-01565) and *Conway v. UNITE HERE* (24-cv-01904) for all purposes. *See* Dkt. 14. The Court hereby grants plaintiffs in those cases permission to file a consolidated complaint by no later than April 25, 2024. Briefing on any motion to dismiss the consolidated complaint shall occur on the following schedule: defendant shall file its moving papers by May 3, 2024; plaintiffs shall file their opposition by May 17, 2024; and defendants shall file a reply by May 24, 2024. Oral argument will be held on this motion on June 21, 2024, at 4 PM.

SO ORDERED.

New York, NY
April 24, 2024

_____
JED S. RAKOFF, U.S.D.J.

1