UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re UNITE HERE DATA SECURITY INCIDENT LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 1:24-cv-01565-JSR<br><br>(Consolidated with Case No. 1:24-cv-01904) |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Michelle Puller-Soto and Tamiko Conway ("Plaintiffs") respectfully submit this *Motion for Final Approval of Class Action Settlement* pursuant to the Federal Rules of Civil Procedure 23. Plaintiffs also submit their memorandum of law in support of this Motion, which is being filed contemporaneously herewith, and hereby do move this Court for an Order: (a) granting certification of the Settlement Class[1] for settlement purposes; (b) appointing Plaintiffs as Representative Plaintiffs and reaffirming as Class Counsel the attorneys appointed in the Preliminary Approval Order; (c) finding the Notice Program satisfied due process requirements and Federal Rule of Civil Procedure 23; (d) finding the terms of the Settlement fair, reasonable, and adequate; (e) directing the Parties, their attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the Final Approval Order and the terms of the Agreement; (f) resolving all claims, including the Released Claims,

---

[1] Unless otherwise specified, capitalized terms used herein have the same meaning attributed to them in the Settlement Agreement attached as Exhibit 1 to the *Declaration of Mason A. Barney in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement* (Dkt. No. 36-1).

1

against the Released Parties and ruling the Settlement is binding on all Settlement Class Members, including the Releases contained in the Agreement; (g) overruling objections, if any; (h) granting *Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Service Awards*; and (i) dismissing the Action and entering a Final Judgment.

A proposed Preliminary Approval Order is filed herewith.

DATED: April 28, 2025                                  Respectfully Submitted,


/s/ Mason A. Barney
Mason A. Barney (SDNY Bar Roll #MB7225)
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

John J. Nelson
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (858) 209-6941
jnelson@milberg.com

Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (865) 412-2700
vmaniatis@milberg.com

*Counsel for Plaintiffs and the Proposed Settlement Class*